(May 19, 1952.)

■

SEYMOUR BRENNER, Appellant, v. STEVEN PLUMBING SUPPLY CO., INC., Respondent.— If the motion to dismiss were not granted, the order would be affirmed. Plaintiff waived the right to appeal from the order. Retention of the certified check with knowledge of the provisions of the order, as proposed and as signed, constituted an acceptance of the payment provided by the decision as a condition for opening the default. Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. [See *post,* p. 1089.]

■

THOMAS R. COLFER, Respondent, v. ROBERT METRICK CO., INC., Appellant.— Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ.

■

HENRY R. GEED, Respondent, v. HENRIETTA P. BRAUNSDORF et al., Individually and as Executors and Trustees under the Will of GEORGE W. BRAUNSDORF, Deceased, Defendants, and FLORENCE BRAUNSDORF, Appellant.— Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 912, 1023.]

■

DORA GROSSGOLD, Appellant, v. BROOKLYN JEWISH CENTER, INC., Respondent. — Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ. [See *ante,* p. 1025.]

■

HENRY HEGDAL, Appellant, v. JOHN ERIKSON, Respondent.— Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ.

■

In the Matter of the Estate of JAMES G. HARBORD, Deceased. BANKERS TRUST COMPANY et al., as Executors of JAMES G. HARBORD, Deceased, Appellants; STATE TAX COMMISSION, Respondent.— Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 914.]